

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00759-CV

Gregory **JACKSON**,
Appellant

v.

Kevin **CARLTON**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-19961
Honorable Martha B. Tanner, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 29, 2015.

_____
Jason Pulliam, Justice